

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-19-00168-CV

---

## IN THE MATTER OF THE MARRIAGE OF THOMAS LEMONT CONNELL AND DEANNA LEIGH CONNELL AND IN THE INTEREST OF H.O.C., A CHILD

---

On Appeal from the County Court at Law No. 1
Randall County, Texas
Trial Court No. 75,404-L1, Honorable James W. Anderson, Presiding

---

June 10, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant Deanna Connell filed a notice of appeal, pro se, without paying the filing fee. *See* TEX. R. APP. P. 5, 20.1. By letter of May 16, 2019, the clerk of this court notified Ms. Connell that the filing fee had not been paid and that the appeal was subject to dismissal if she failed to pay the fee or comply with Appellate Rule 20.1 by May 28. *See* TEX. R. APP. P. 20.1, 42.3(c).

To date, Ms. Connell has not paid the filing fee or filed any response to our May 16 letter. The Rules of Appellate Procedure require a party who is not excused by law from paying costs to pay the required fees. *See* TEX. R. APP. P. 5. Accordingly, this

appeal is dismissed because of Ms. Connell's failure to comply with a requirement of the appellate rules and a notice from the clerk requiring action within a specified time. *See* TEX. R. APP. P. 42.3(c).

Per Curiam